[No. 7467–9–I.   Division One.   August 25, 1980.]

KARL LANG, *Appellant,* v. ROBERT ANDERSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 783252, Norman W. Quinn, J., entered March 13, 1979. *Affirmed* by unpublished opinion per Dore, J., concurred in by James, A.C.J., and Durham–Divelbiss, J.

[No. 7632–9–I.   Division One.   August 25, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. ROSCO LEE BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 74877, Warren Chan, J., entered May 11, 1979. *Affirmed* by unpublished opinion per Callow, C.J., concurred in by James and Durham–Divelbiss, JJ.

[No. 3404–6–III.   Division Three.   August 26, 1980.]

WILLIAM F. JAMISON, JR., ET AL, *Appellants,* v. CARL REPP, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Whitman County, No. 27414, Philip H. Faris, J., entered March 30, 1979. *Affirmed as modified* by unpublished opinion per Green, C.J., concurred in by Munson and McInturff, JJ.